OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

**12/8/2014**
**Zubia, Jaime Jr.**         Tr. Ct. No. 78272-168-2

On this day, this Court has granted the trial court's request for an extension of time to file the supplemental record. The supplemental record is due in this Court on Sunday, February 01, 2015.

Abel Acosta, Clerk

No I/m in custody by that name

JAIME ZUBIA JR.
~~ELLIS UNIT~~ TDC #749018
Ellis Rd.
300 S. Jackson
Waxahachie, TX
75165